THOMAS A. GRECO   SBN73625
KEITH VAN DYKE SBN 125124
TURNER, REYNOLDS, GRECO & O'HARA
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
Telephone: (949) 474-6900
Facsimile:  (949) 474-6907
E-Mail:     tgreco@trlawyers.com

Attorneys for Plaintiff, AMERICAN CUSTOM GOLF CARS, INC

JS-6

FILED
CLERK, U.S. DISTRICT COURT
Nunc Pro Tunc
SEP - 4 2008
to Sept 20, 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMERICAN CUSTOM GOLF CARS, INC, a California corporation,

    Plaintiff,

vs.

ECOBLUE CORPORATION, a California corporation dba KEYSTONE CARTS; STEVE HOWARD, an individual; ELECTRIC CAR SALES & SERVICE, INC., a California corporation; WILFRID BILLARD, JR., an individual,

    Defendants.

CASE NO. SACV-06-699 JVS (RNBx)
Consolidated with
CV 06-5436-JVS (RNBx)

JUDGMENT

The court on July 23, 2007 having previously struck the answers and entered defaults against Defendants Ecoblue Corporation, doing business and Keystone Carts and Steve Howard ("Defendants"),

IT IS HEREBY ORDERED AND ADJUDGED as follows:

    1.    Judgment is granted against Defendants and in favor of Plaintiff

1

Judgment

1  AMERICAN CUSTOM GOLF CARS, INC. ("Plaintiff") for a permanent injunction
2  against Defendants and their agents, servants, employees, and attorneys and those in
3  active concert or participation with them, restraining and enjoining from the following:

4
5      a.    Importing into the United States and selling at wholesale or retail,
6  Catalina Cruisers; Catalina Cruiser S4s, Catalina Cruiser S6s, Catalina Cruiser
7  S8s, Catalina Cruiser Limousines, and any and all other golf cars that resemble,
8  duplicate, or copy the design of Plaintiff's patented California Roadster;

9
10     b.    Soliciting or selling dealerships or distributorships for the sale by others
11 of your Catalina Cruiser S4s, Catalina Cruiser S6s, Catalina Cruiser S8s, Catalina
12 Cruiser Limousines, Bugatti Golf Cars, and any and all other golf cars that
13 resemble, duplicate, or copy the design of Plaintiff's patented California
14 Roadster; and

15
16     c.    Advertising, on the internet or anywhere else, any of the cars identified in
17 Paragraphs a and b above.

18
19 ~~2.~~ ~~Judgment is granted against Defendants and in favor of~~ Plaintiff for
20 mon~~et~~ary damages in the sum ~~of Sixty~~ Three Thousand Three Hundred Dollars
21 ($6~~3~~,300) and ~~for~~ Attorneys Fees in the sum of Four Thousand One Hundred Twenty
22 ~~Dollars~~ ($4,120).

23
24
25 Dated: 9.19.07                 _____
26                                 UNITED STATES DISTRICT JUDGE
27
28

## PROOF OF SERVICE VIA U.S. MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 16485 Laguna Canyon Road, Suite 250, Irvine, California 92618.

On September 13, 2007, I served the foregoing document described as: **JUDGMENT (ON: APPLICATION FOR ENTRY OF DEFAULT)** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) and depositing said envelope(s) with the U.S. Postal Service at Irvine, California with postage thereon fully paid, addressed as follows:

| | |
|---|---|
| Steve Howard<br>Individually and c/o Ecoblue Corporation<br>16787 Beach Blvd., #204<br>Huntington Beach, CA 92647-4848 | Ecoblue Corporation<br>11137 Rush Street, Unit K<br>South El Monte, California 91137 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Mail Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on Motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 13, 2007, at Irvine, California.

_____
MARCY HOWELL

751265 003
00217610 WPD, 1